OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| IN RE:<br>BRANDON BRUCE LOFTUS<br>JAMIE RENEE LOFTUS<br><br>Debtors | CASE NO: 08-24753<br><br>Chapter 13<br><br>Hon. R. KIMBALL MOSIER |
|---|---|

**AMENDED DECLARATION OF TRUSTEE REGARDING DEPOSIT OF UNCLAIMED FUNDS**

The Standing Chapter 13 Trustee in the above-captioned case declares, under penalty of perjury, that:

The following payee was issued disbursements in the amount set forth below. The disbursement check listed was not negotiated within 90 days of issuance, or has been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee.

The Trustee has issued a stop payment on the listed check.

**LHR, Inc.**
**Bryan W. Cannon, 8619 S Sandy Parkway, Ste 111, Sandy, UT  84070**

**Check Amount**
$2,337.17

The above listed address is the last known address for the payee. The check in question totals $2,337.17. This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated: 01/18/2017

Lon A. Jenkins, Chapter 13 Trustee

**CERTIFICATE OF MAILING**

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first class, postage prepaid on 01/18/2017 to the following parties at the addresses listed below:

BRANDON BRUCE LOFTUS AND JAMIE RENEE LOFTUS, 254 WEST 4300 NORTH,PLEASANT VIEW, UT  84414

BRIAN D. JOHNSON, ECF Notification

/s Employee Office of Chapter 13 Trustee